UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERHARD TENNER, | : |
| | :     12-civ-9364 (TPG) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| REPUBLIC OF ARGENTINA, | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, Gerhard Tenner, will move this Court, before the Honorable Thomas P. Griesa, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order granting Plaintiff summary judgment and awarding him damages, including any pre and post judgment interest thereon and any other and further relief the Court may deem just and proper.  In support thereof, Plaintiff submits: (i) a Statement of Undisputed Material Facts; (ii) a Memorandum of Law in Support of Motion; and, (iii) the Affidavit of Gerhard Tenner.

WHEREFORE, Plaintiff respectfully requests an Order granting him summary judgment.

Dated: New York, New York
       May 29, 2013                      **SARRAF GENTILE LLP**

                                                /s/ Ronen Sarraf
                                                Ronen Sarraf
                                                450 Seventh Avenue, Suite 1900
                                                New York, NY 10123
                                                212-868-3610

                                                **Attorney for Plaintiff**